[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 30, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16979
Non-Argument Calendar

_____

D. C. Docket No. 08-00027-CR-4-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOREY C. WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(July 30, 2009)

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Torey C. Walker in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Walker's convictions and sentences are **AFFIRMED**.